AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> GATEWAY REGISTRY, INC., JAMES STEVENS and DOES 1-100 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gateway Registry, Inc.
c/o Platinum Filings LLC
555 East Loockerman Street, Suite 120
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ John A. Cerino

Date: _____

*Signature of Clerk or Deputy Clerk*

Case 1:22-cv-00948-CFC   Document 5   Filed 07/21/22   Page 2 of 2 PageID #: 28
Case 1:22-cv-00948-UNA   Document 4-1   Filed 07/19/22   Page 2 of 2 PageID #: 26

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **GATEWAY REGISTRY, INC.**
was received by me on *(date)* **7/21/22**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **JOHN CEREGHIN (MANAGING AGENT)**, who is designated by law to accept service of process on behalf of *(name of organization)* **GATEWAY REGISTRY, INC. C/O PLATINUM FILINGS LLC 129 SUNNYSIDE RD. SMYRNA, DE** on *(date)* **7/21/2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7/21/22**

*Server's signature*

**GRANVILLE MORRIS**
**BRANDYWINE PROCESS SERVERS, LTD**
**PO BOX 1360 WILMINGTON, DE 19899**
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:
SERVED: SUMMONS, COMPLAINT, CIVIL COVER SHEET & RULE 7.1