IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-948 (CFC) ) |
| GATEWAY REGISTRY, INC., JAMES STEVENS and DOES 1-100, | ) ) ) |
| Defendants. | ) ) |

### PLAINTIFF UNSTOPPABLE DOMAINS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Unstoppable Domains Inc. ("Unstoppable") respectfully moves for a temporary restraining order and preliminary injunction to enjoin Defendants Gateway Registry, Inc. and James Stevens, as well as those operating in concert with them, from promoting, selling, or offering for sale .WALLET domain names in violation of Unstoppable's trademark and other rights in .WALLET pending resolution of this case.

The grounds for this motion are set forth in Unstoppable's Opening Brief, the Declaration of Bradley Kam, and accompanying exhibits filed concurrently. A Proposed Order is attached.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Michael Flynn* |
| OF COUNSEL:<br><br>Andrew D. Skale<br>MINTZ LEVIN COHN FERRIS<br> GLOVSKY & POPEO<br>3580 Carmel Mountain Rd.,<br>Suite 300<br>San Diego, CA  92130<br>(858) 314-1500<br><br>July 29, 2022 | Jack B. Blumenfeld (#1014)<br>Michael Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br><br>*Attorneys for Plaintiff* |

## Certification Under D. Del. LR 7.1.1

Because no counsel has entered an appearance for Defendants, Counsel for Plaintiff Unstoppable Domains Inc. emailed Defendant James Stevens, CEO of Defendant Gateway Registry, Inc., on July 28, 2022, to inform Defendants that Unstoppable intended to file this motion for a temporary restraining order and preliminary injunction. Mr. Stevens responded by identifying Mike Rodenbaugh of Rodenbaugh Law as counsel for Defendants. Unstoppable's counsel subsequently contacted Mr. Rodenbaugh by email on July 29, 2022, requesting a call to discuss the motion. As of this filing, counsel for Defendants has not responded.

*/s/ Michael Flynn*
Michael Flynn (#5333)
*Counsel for Plaintiff Unstoppable Domains Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-948 (CFC) |
| | ) |
| GATEWAY REGISTRY, INC., | ) |
| JAMES STEVENS and DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

# [PROPOSED] ORDER ON PLAINTIFF UNSTOPPABLE DOMAINS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

The Court, having considered Plaintiff Unstoppable Domains Inc.'s Motion for Temporary Restraining Oder and Preliminary Injunction, the parties' briefing, supporting declarations, and the relevant authorities, finds that Plaintiff's Motion should be GRANTED.

Defendants Gateway Registry, Inc. and James Stevens, and their employees, agents, partners, officers, directors, owners, shareholders, principals, parents, subsidiaries, related companies, affiliates, and all persons in active concert or participation with any of them are HEREBY IMMEDIATELY ENJOINED, pending final resolution of this action, from:

(1) promoting, registering, selling, or offering for sale any .WALLET domain names;

(2) committing any acts calculated to cause consumers to believe that Defendants' .WALLET domain names are issued by, authorized by, or compatible with Unstoppable Domains' .WALLET domains;

(3) otherwise unfairly competing with Unstoppable Domains for the sale or registration of .WALLET domains; and

(4) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 1-3 above.

**SO ORDERED** this \_\_\_\_ day of _____, 2022.

_____
Chief, United States District Judge