IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY REGISTRY, INC.; JAMES STEVENS; and DOES 1-100,<br><br>Defendants. | Civil Action No. 1:22-cv-00948-CFC |

**DECLARATION OF BRADLEY KAM IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Bradley Kam, declare as follows:

1.       I founded Unstoppable Domains, Inc. ("Unstoppable") in 2018 along with Matthew Gould, Braden Pezeshki, and Bogdan Gusiev. I make this declaration in support of Unstoppable's Motion for a Temporary Restraining Order and Preliminary Injunction. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2.       Unstoppable is a software company and blockchain domain name provider that allows individuals and entities to purchase decentralized domain names that are minted as a non-fungible token ("NFT") on the Ethereum blockchain. Domain names can be used to direct an internet user to a specific server on the internet, by translating the domain name (e.g., apple.com) to the underlying IP address of the requested server through a global network of servers that form the Domain Name System ("DNS"). For example, when a user types the domain name apple.com into her browser, the DNS directs that request to the specific name servers that host Apple's website, which in turn translates that to the specific IP address for the Apple servers (e.g., 17.254.0.91) and directs the user's browser to that server.

1

3.  Traditional domain names, such as those ending with a top-level domain ("TLD") of .com or .org, are controlled by a central registry, ICANN. This central registry ensures that each domain name is unique. Otherwise, the DNS would not know where to send requests for a given domain.

4.  Decentralized domain names, such as the NFT domains offered by Unstoppable, do not rely on a centralized registry. Instead, they rely on a public blockchain that offers a level of transparency and security that traditional domain names cannot offer by giving the owner of the NFT domain complete control over her stored data. An additional benefit to NFT domains is that they simplify cryptocurrency transactions by allowing a user to use the NFT domain instead of a complicated crypto wallet address, which could be a string of as many as 40+ numbers and letters.

5.  Since its founding, Unstoppable has registered more than 2.4 million NFT domains, becoming the leading provider of NFT domains on the blockchain. Starting in June 2021, Unstoppable became the first domain registry to offer .WALLET domain names for purchase by users, and has since sold and registered over 320,000 unique domain names having the .WALLET TLD to tens of thousands of users. Unstoppable's .WALLET domains allow users to not only set up websites on the decentralized web, but also allows users to receive over 275 supported crypto coins and tokens with ease, regardless of the blockchain network.

6.  It is critical that each .WALLET domain name is unique, to prevent the misdirection of a user's request for access to a .WALLET website, or worse, the transfer of cryptocurrency funds to an unintended recipient.

7.  Unstoppable's .WALLET domains have generated over $5,000,000 in revenue for the company since June 2021. Unstoppable has also spent a substantial amount of money promoting its .WALLET domain, which has become closely identified with Unstoppable, and represents substantial, valuable goodwill to Unstoppable.

8. Unstoppable has likewise developed contractual and business relations with hundreds of partner applications with whom it contracts to build and provide support for its .WALLET registry and its partners agree to complete an integration, making it possible to use Unstoppable's domains on these partner applications.

9. Prior to July 4, 2022, when Defendants began offering their own .WALLET domains, Unstoppable was the only domain registry offering .WALLET domain names.

10. As a result of Unstoppable's successful marketing efforts and integration with other applications, .WALLET domains have become exclusively associated with Unstoppable in the minds of consumers. As an example, attached hereto as **Exhibit 1** is a true and correct copy of an Unstoppable customer message posted in Discord (an instant messaging program popular with those in the blockchain community) articulating their understanding that Unstoppable is the first and rightful distributor of .WALLET domains.

11. On or about July 4, 2022, Defendants began offering their own competing .WALLET domains on their website gateway.io.

12. Defendants were well aware of Unstoppable's commercial use of .WALLET domains prior to July 4, 2022. On July 7, 2022, I spoke directly with Gateway's founder and CEO, Defendant James Stevens, who told me that Gateway had previously been aware of Unstoppable's prior sale of .WALLET domain names but "decided to launch anyway."

13. Defendants offer their .WALLET domains for $1.99, whereas they offer other top-level domains that are not owned by Unstoppable for as much as $20.00, and never for less than $2.99. Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot from gateway.io advertising .WALLET domains at $1.99.

14. In my conversation with Defendant Stevens on July 7, 2022, Mr. Stevens refused to stop selling .WALLET domains, asserting that the market for NFT-based top level domains is "the Wild West." He then repeated an unnamed accomplice's suggestion that I "f*** off."

3

15. On July 8, 2022, Unstoppable's counsel wrote to Gateway via electronic mail demanding that Defendants cease and desist from selling or offering for sale .WALLET domain names. Although Defendants acknowledged receiving Unstoppable's demand letter, they did not cease or desist; instead, Defendants Stevens immediately took to Twitter to boast of their intentions to continue infringing Unstoppable's trademark rights in an effort to put Unstoppable out of business. Attached hereto as **Exhibit 3** is a true and correct copy of a screenshot from Mr. Stevens' Twitter account referring to Unstoppable and to Unstoppable's demand letter.

16. Defendant Stevens has "re-Tweeted" a number of posts discussing this lawsuit. Attached hereto as **Exhibit 4** is a true and correct copy of a screenshot from Mr. Stevens' Twitter account referring to this lawsuit.

17. Defendants' use of the identical WALLET mark for domain services marketed to the same class of customers and potential customers is already causing confusion in the marketplace and misleading consumers to believe that Gateway's .WALLET domains and Unstoppable's .WALLET domains might be interchangeable and compatible. However, whether a request for a given .WALLET domain returns Unstoppable's version or Defendants' version depends solely on what application is being used to initiate the request.

18. Every .WALLET domain registered by Gateway runs the risk that the same domain will be registered by Unstoppable, causing chaos for users and preventing the domain registry system from functioning as intended. This irreparably harms Unstoppable by undermining users' confidence in the .WALLET domains, which will inevitably cause customers not to register or continue to register such domains with Unstoppable until users can be sure that they own the one and only specific .WALLET domain they need to register.

19. As a result of Defendants' actions, Unstoppable will lose market share and brand recognition, lose goodwill, suffer harm to its reputation as the leading NFT domain registry, and price erosion caused by Gateway's undercutting of Unstoppable's pricing.

20. I have observed that Gateway promotes its .WALLET domains by, among other things, automatically posting to Twitter each time it registers a new .WALLET domain. Attached hereto as **Exhibit 5** is a true and correct copy of a screenshot from Twitter to this effect. Since launching its infringing .WALLET domains, it appears that Gateway has registered approximately 4,000 .WALLET domains as of this filing

21. Many Unstoppable customers have already publicly or privately expressed their shock that Gateway would seek to sell competing .WALLET domain names.

22. On July 9, 2022, Unstoppable received a legal demand threatening to sue Unstoppable for nearly $900,000 for selling .WALLET domain names in competition with Gateway. Attached hereto as **Exhibit 6** is a true and correct copy of the demand that we received.

23. Unstoppable filed a trademark application with the U.S. Patent and Trademark Office, U.S. Serial No. 90/886,517, on August 17, 2021, for the mark WALLET in the class of "domain name registration services" – as Unstoppable uses its WALLET trademark to sell its .WALLET domain names.

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of July, 2022, at 10:29AM PT _____

By: _____
DocuSigned by:
Bradley Kam
BE8BFAB4CC29413...
Bradley Kam

5