# EXHIBIT 1



**JoshuaPenick.x** 07/05/2022
It only works if you assign your DNS to the nextdns. So if Brave and other browsers just give priority to UD, then the domains will never resolve to their version. But UD needs to address this issue, because we have domains we paid for, and we need be able to use the domains we paid for.

And we can't have two people owning the same web3 address, because it will cause confusing. But, I'm guessing UD and Handshake will come to some agreement. And the only solution is for Handshake to stop selling .wallet, and come up with their own unique TLDs. It seems fair. UD was first after all.

# EXHIBIT 2



# EXHIBIT 3



# EXHIBIT 4



EXHIBIT 5



# EXHIBIT 6

**Unstoppable Domains** #101472

## Ticket Details

| | | | |
|---|---|---|---|
| **Status** | **Priority** | **Source** | **Type** |
| Pending | Urgent | Email | Question |
| **Agent** | **Topic** | **Subtopic** | **Details** |
| Elizabeth Grabowski | Internal Transfer | Legal | **Potential participant in web3 website building competition** |
| | | | false |
| **iOS specific issue?** | **Android specific issue?** | **Quality Review Complete?** | **Correctness** |
| false | false | false | false |
| | | | **Completeness** |
| | | | false |
| **Craftsmanship** | **Keeping It Human** | **Quality Review Notes** | **Spam** |
| false | false | | false |
| **Missing in HC?** | | | |
| false | | | |

by **Hanswechsler** on **Sat, 9 Jul at 12:50 PM** via **Email**

### Urgent action required

Dear Sir or Madam,

we hereby want to inform you about the following: Recently, we have purchased several .wallet Domains through **Gateway.io (http://Gateway.io)**. Unfortunately, we found out that you offer our domains for sale through your website unstoppabledomains.com. We have been informed that you do neither own a trademark on the term in the European Union or the US, nor do you own the corresponding TLD in a root zone. We are the legal owners of the mentioned domains and you have no legal basis to distribute these domains through your website. By your action we perceive a significant devaluation of our domains:

**Unreleased Domains**: larry.wallet; jordan.wallet; wayne.wallet; elon.wallet; bryan.wallet; vr.wallet
**Reserved Domains**: fortune.wallet; spatial.wallet; share.wallet; be.wallet; le.wallet; 24.wallet; we.wallet; me.wallet

**Domains offered for sale**: king.wallet ($100,000); capital.wallet ($50,000); hot.wallet ($50,000); trade.wallet ($50,000); bet.wallet ($30,000); jason.wallet ($25,000); ryan.wallet ($25,000); wallstreet.wallet ($25,000); creditcard.wallet ($20,000); frank.wallet ($15,000); lost.wallet ($15,000); bill.wallet ($12,500); tyler.wallet ($10,000); sam.wallet ($10,000); roy.wallet ($10,000); steven.wallet ($10,000); charles.wallet ($10,000); jeff.wallet ($10,000); warren.wallet ($10,000); verify.wallet ($2,500)

**We hereby request you on 07 / 09 / 2022 to immediately exclude the mentioned domains from sale on your website. If you do not comply by 07 / 15 / 2022 at the latest, we are forced to file a lawsuit against you in a Spanish court. By accepting Spanish and European customers, operating their website in Spanish and Portuguese, you are clearly targeting European customers, which is why you are also liable to Spanish law in accordance with the place of market principle.**

For the purpose of calculating the amount in dispute, we will refer to the prices you have indicated on your website for the domains concerned. Accordingly, the amount in dispute is $490,000 for the domains for sale. We assign a value of $25,000 to each of the reserved and unpublished domains based on your prices. **The total amount in dispute is therefore $865,000, the equivalent of approximately €850,000**. Nonetheless, we remain confident to settle this matter out of court if you comply with our demands. However, if this is not the case, we will be forced to file a lawsuit against you in a Spanish court and will send you the statement of claim by e-mail as well as by post to the address below after the deadline has passed:

Unstoppable Domains, Inc. CORPORATION DELAWARE 8465 W Sahara Ave, Ste 111 Unit #1017 Las Vegas NEVADA 89117

We advise you to take the matter seriously and to resolve it as quickly as possible in the interest of both parties. We expect your full cooperation.

Kind regards,

Hans Wechsler & Partners
Wechsler y Asociado Sociedad Limitada, Domain Investors

---

## Comments

by **Shemar Joseph** on **Sat, 9 Jul at 12:59 PM** as **Outbound email**

Please take a look at ticket **#101472 (https://unstoppabledomains.freshdesk.com/helpdesk/tickets/101472)** raised by Hanswechsler (hanswechsler@ok.de).

Regards,
Shemar
Unstoppable Support

 (https://podcasts.apple.com/us/podcast/the-unstoppable-podcast/id1538672251) (https://open.spotify.com/show/2ZlyOpkkprGKS5KODk1PSS) (https://youtube.com/playlist?list=PLkKiQerk3s0C373kRLB3ZsQfv4ONgusZI)

Stay tuned next week for budget-friendly options to create your online identity - You. Own it.

Apple (https://podcasts.apple.com/us/podcast/the-unstoppable-podcast/id1538672251) | Spotify (https://open.spotify.com/show/2ZlyOpkkprGKS5KODk1PSS) | YouTube (https://youtube.com/c/UnstoppableDomains)

---

by **Charlie Lowndes** on **Wed, 27 Jul at 5:48 AM** as **Private note**

DM'd Elizabeth.

---

by **Elizabeth Grabowski** on **Wed, 27 Jul at 5:59 PM** as **Outbound email**

Hi Hans,

Thank you for your inquiry.   It is in fact gateway.io that is infringing and potentially damaging the value of Unstoppable Domains.   Unstoppable Domains has offered .wallet domains in commerce since June 15, 2021 and gateway.io began offering .wallet domains earlier this month.  Unstoppable Domains has initiated litigation against gateway.io in the US in response to gateway.io's infringement and tortious interference with Unstoppable Domains' business contracts.

We are sorry to hear that you have suffered adverse consequences from gateway.io's trademark infringement on Unstoppable Domains' namespace.  This is one of the key reasons why we chose to protect our customers by initiating litigation.

In the meantime, you can seek a refund from gateway.io for the purchase price of your domains.

Best wishes,
Elizabeth
--
**Elizabeth Grabowski**
In House Counsel
http://www.UnstoppableDomains.com (http://www.unstoppabledomains.com/)

---