IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-948 (CFC) |
| | ) |
| GATEWAY REGISTRY, INC., | ) |
| JAMES STEVENS and DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Unstoppable Domains Inc. respectfully requests that the Clerk of Court enter a default against Defendants Gateway Registry, Inc. and James Stevens ("Defendants"). In support of this request, Plaintiff relies upon the record in this case:

1. On July 19, 2022, Plaintiff filed its Complaint (D.I. 1) against Defendants for trademark infringement, unfair competition and tortious interference with contract.

2. On July 21, 2022, Plaintiff effectuated service of the Summons, Complaint, and related papers on Defendants' registered agent, Platinum Filings LLC, located at 129 Sunnyside Rd., Smyrna, DE. See D.I. 5-6.

3. Accordingly, the deadline for Defendants to respond to the Complaint was August 11, 2022. See Fed. R. Civ. P. 12(a)(1)(A)(i). This deadline has not been extended or modified.

4. Defendants have failed to appear, plead, or otherwise defend this action within the time allowed and, therefore, are now in default.

WHEREFORE, Plaintiff respectfully requests that the Clerk of Court enter a default against Defendants pursuant to Fed. R. Civ. P. 55(a). Plaintiff thereafter intends to seek a default judgment against Defendants pursuant to Fed. R. Civ. P. 55(b).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

OF COUNSEL:

Andrew D. Skale
MINTZ LEVIN COHN FERRIS
 GLOVSKY & POPEO
3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130
(858) 314-1500

August 12, 2022

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiff*