IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 22-948 (CFC) ) |
| GATEWAY REGISTRY, INC., JAMES STEVENS and DOES 1-100, | ) ) ) ) |
| Defendants. | ) |

## ENTRY OF DEFAULT

Upon consideration of Plaintiff Unstoppable Domains Inc.'s Request for Entry of Default against Defendants Gateway Registry, Inc. and James Stevens, and it appearing that Defendants have failed to plead or otherwise defend, and that the time to do so has passed, a default is hereby entered against Defendants Gateway Registry, Inc. and James Stevens.

DATED this 16th day of August, 2022.

John A. Cerino
Clerk
United States District Court

Entered By Deputy Clerk