IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNSTOPPABLE DOMAINS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-948 (CFC) |
| | ) | |
| GATEWAY REGISTRY, INC., | ) | |
| JAMES STEVENS and DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND
ORDER GRANTING PERMANENT INJUNCTIVE RELIEF**

Pursuant to Federal Rule of Civil Procedure 55(b), Plaintiff Unstoppable Domains Inc. respectfully moves for entry of default judgment against Defendants Gateway Registry, Inc. and James Stevens ("Defendants"), and for entry of a permanent injunction against Defendants.

The grounds for this Motion are set forth in Plaintiff's opening brief and accompanying declarations, filed herewith. A proposed order is attached.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Michael J. Flynn* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Michael J. Flynn (#5333) |
| Andrew D. Skale | 1201 North Market Street |
| MINTZ LEVIN COHN FERRIS | P.O. Box 1347 |
|  GLOVSKY & POPEO | Wilmington, DE 19899 |
| 3580 Carmel Mountain Road | (302) 658-9200 |
| Suite 300 | jblumenfeld@morrisnichols.com |
| San Diego, CA  92130 | mflynn@morrisnichols.com |
| (858) 314-1500 |  |
|  | *Attorneys for Plaintiff* |
| August 19, 2022 |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-948 (CFC) |
| | ) |
| GATEWAY REGISTRY, INC., | ) |
| JAMES STEVENS and DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTIVE RELIEF

WHEREAS, pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiff Unstoppable Domains Inc. has moved for the entry of Default Judgment and an Order Granting Permanent Injunctive Relief against Defendants Gateway Registry, Inc. and James Stevens (collectively, "Defendants");

WHEREAS, on July 19, 2022, Plaintiff commenced this action against Defendants by filing a complaint for common law trademark infringement, unfair competition under federal and Delaware law, intentional interference with contractual relations, and intentional interference with prospective business relationships (D.I. 1);

3

WHEREAS, on July 21, 2022, Defendants were served with copies of the Summonses, Complaint, and related papers as reflected by the proofs of service (D.I. 5, 6);

WHEREAS, Defendants' responses to the Complaint were due on August 11, 2022 (D.I. 5, 6);

WHEREAS, Defendants have not answered the Complaint or otherwise appeared before this Court, and the time for responding to the Complaint has expired; and

WHEREAS, Plaintiff filed a Request for Entry of Default on August 12, 2022, (D.I. 14) and the Clerk of Court entered default against Defendants on August 16, 2022 (D.I. 15).

NOW THEREFORE,

It is hereby ORDERED, ADJUDGED, and DECREED as follows:

1) Plaintiff's Motion for Default Judgment and Order Granting Permanent Injunctive Relief is GRANTED.  Final Judgment by default is hereby entered in favor of Plaintiff Unstoppable Domains Inc. and against Defendants Gateway Registry, Inc. and James Stevens on Plaintiff's First through Fifth Claims for Relief set forth in the Complaint (D.I. 1);

2) Defendants Gateway Registry, Inc. and James Stevens have engaged in willful trademark infringement, unfair competition under federal and

    Delaware law, intentional interference with contractual relations, and intentional interference with prospective business relationships.

3) Defendants Gateway Registry, Inc. and James Stevens, and their employees, agents, partners, officers, directors, owners, shareholders, principals, parents, subsidiaries, related companies, affiliates, and all persons in active concert or participation with any of them are HEREBY PERMANENTLY ENJOINED, from:

    (a) promoting, registering, selling, or offering for sale any .WALLET domain names;

    (b) committing any acts calculated to cause consumers to believe that Defendants' .WALLET domain names are issued by, authorized by, or compatible with Unstoppable Domains' .WALLET domains;

    (c) otherwise unfairly competing with Unstoppable Domains for the sale or registration of .WALLET domains; and

    (d) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs a-c above.

4) Any violation of this Order is punishable as a contempt of Court, with all associated penalties.

5) This Court shall retain jurisdiction for the purposes of making any further orders necessary or proper for the construction, modification, or enforcement of the judgment and permanent injunction.

**SO ORDERED** this _____ day of _____, 2022.

_____
Chief, United States District Judge