# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 22-948-CFC |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| GATEWAY REGISTRY, INC., ET AL, ) | |
| ) | |
| Defendants. ) | |

**NON-PARTY SCOTT FLORCSK'S MOTION TO INTERVENE
AS DEFENDANT AND REQUEST TO STAY RULING ON
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING
ORDER AND MOTION FOR DEFAULT JUDGMENT**

Pursuant to the Federal Rule of Civil Procedure 24(a), or in the alternative pursuant to Rule 24(b), Non-Party Scott Florcsk ("Proposed Intervenor") requests that the Court grant this motion to intervene of right under Rule 24(a) or, in the alternative, to allow Proposed Intervenor to intervene under Rule 24(b).

Proposed Intervenor further requests that this Court stay its ruling on Plaintiff's Motion for Temporary Restraining Order (D.I. 8) and Motion for Default Judgment (D.I. 17) until Proposed Intervenor has had the opportunity to respond.

The grounds for this motion are set forth in its Opening Brief filed contemporaneously herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ Bindu A. Palapura* |
|  | David E. Moore (#3983) |
| Eugene Rome | Bindu A. Palapura (#5370) |
| Sridavi Ganesan | Carson R. Bartlett (#6750) |
| ROME & ASSOCIATES, A.P.C. | Hercules Plaza, 6th Floor |
| 2029 Century Park East, Suite 450 | 1313 N. Market Street |
| Los Angeles, CA 90067 | Wilmington, DE 19801 |
| Tel: (310) 282-0690 | Tel: (302) 984-6000 |
|  | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
|  | cbartlett@potteranderson.com |
| Dated: August 29, 2022 | *Attorneys for Non-Party Scott Florcsk* |
| 10315164 / 22478.00001 |  |