## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNSTOPPABLE DOMAINS INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 22-948-CFC |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| GATEWAY REGISTRY, INC., ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration of the Motion to Intervene filed by Scott Florcsk ("Proposed Intervenor") to intervene as a Defendant in this action and any opposition thereto, it is hereby

ORDERED that the motion is **GRANTED**; and it is further

ORDERED that Proposed Intervenor may intervene in this matter pursuant to Fed. R. Civ. Proc. 24; and it is further

ORDERED that Proposed Intervenor shall file a response to the Complaint within _____ days; and it is further

ORDERED that Proposed Intervenor shall file his Opposition to Plaintiff's Motion for a Temporary Restraining Order on _____ 2022; and it is further

2

ORDERED that Proposed Intervenor shall file his Opposition to Plaintiff's Motion for Default Judgment and an Order Granting Permanent Injunctive Relief on _____ 2022.

**SO ORDERED** this _____ day of _____, 2022.

_____
The Honorable Colm F. Connolly