IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-948 (CFC) |
| | ) |
| GATEWAY REGISTRY, INC., | ) |
| JAMES STEVENS and DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF MICHAEL FLYNN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO NON-PARTY SCOTT FLORCSK'S
MOTION TO INTERVENE AS DEFENDANT AND REQUEST
TO STAY RULING ON PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDER AND MOTION FOR DEFAULT JUDGMENT**

I, Michael Flynn, declare as follows:

1. I am an attorney at Morris, Nichols, Arsht & Tunnell LLP in Wilmington, Delaware. I am one of the lawyers representing Plaintiff Unstoppable Domains Inc. ("Plaintiff") in connection with the above action. This declaration is made on my personal knowledge and belief, and I could and would testify competently as the contents if called as a witness.

2. Attached as **Exhibit 1** is a true and correct copy of a press release titled ".wallet Opens Domain Name Registration Process — For Only 1 USD" dated July 4, 2022, that indicates it was provided by Wallet Inc. and which quotes Proposed Intervenor Scott Florcsk as CEO of Wallet Inc. The document was downloaded

from https://affordablepressreleases.com/wallet-domain-names-for-1-usd/ (last accessed September 6, 2022).

3. Attached as **Exhibit 2** is a true and correct copy of an open letter dated July 31, 2022, addressed to "Handshake investors, stakeholders, and founders" which, on information and belief, was written by Proposed Intervenor Scott Florcsk. The letter was posted on https://skyinclude.com/wallet/ (last accessed September 6, 2022) and identifies the author as Scott Florcsk. In an article dated August 1, 2022, on the industry website Domain Name Wire, the letter was attributed to "the registrant of .wallet on Handshake," which is presumed to be Scott Florcsk (*see* https://domainnamewire.com/2022/08/01/handshake-registrar-system-appears-to-shut-down-in-face-of-unstoppable-domains-lawsuit/, last accessed September 6, 2022). The letter closes with an offer to "please contact me via email at walletdomain@protonmail.com," which is the email address used by Scott Florcsk in his July 8, 2022 email to Plaintiff's counsel (*see* D.I. 24, Florcsk Decl., ¶ 13 and its Ex. 1).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 7th day of September, 2022, in Wilmington, Delaware.

_____
Michael J. Flynn

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 7, 2022, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Carson R. Bartlett, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Non-Party Scott Florcsk* | *VIA ELECTRONIC MAIL* |
| Eugene Rome, Esquire<br>Sridavi Ganesan, Esquire<br>ROME & ASSOCIATES, A.P.C.<br>2029 Century Park East, Suite 450<br>Los Angeles, CA  90067<br>*Attorneys for Non-Party Scott Florcsk* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)