# EXHIBIT 2

9/7/22, 10:05 AM
Case 1:22-cv-00948-CFC   Document 28-2   Filed 09/07/22   Page 2 of 2 PageID #: 422
The wallet story on Handshake - Sky include

July 31, 2022

Attn Handshake investors, stakeholders, and founders:

I'm writing to you to request your assistance. I am the original and current owner of Handshake's wallet/ domain name, minted in July of 2020. In July of 2022, this domain became the focus of a lawsuit that intended to prevent the selling and buying of second-level domains, under the guise of a failed trademark attempt on the name with the U.S. Patent and Trademark Office, brought by the company Unstoppable Domains. The lawsuit requested that gateway.io and James Stevens (gateway's registry owner) be prevented from selling Handshake wallet/ SLDs.

Gateway began selling wallet/ SLDs on July 4, and upon reviewing a Cease and Desist letter received by email several days later, determined that the claim had no merit for the following reasons: 1) Unstoppable Domains possesses no trademark for the wallet name (original trademark request was first denied by USPTO and then eventually abandoned by Unstoppable Domains); 2) there is no conflict between Unstoppable Domains' and Handshake's "wallet" domain names as the two systems are on completely different and incompatible ecosystems; 3) Handshake's wallet/ domain name was minted to the Handshake blockchain a full year before Unstoppable Domains' minted a "wallet" domain name.

Subsequently, ==James Stevens and I met with an experienced lawyer in the domain name space named Mike Rodenbaugh.== Mike informed us that to fight this lawsuit at just the initial stage could cost tens of thousands of dollars and requested an initial $20,000 retainer. I would have been willing to pay this amount to fight the suit, but Mike informed us that, while we have a perfectly winnable case, the suit could eventually cost us up to hundreds of thousands of dollars, and that we should be prepared to pay that if we are willing to take the case as far as Unstoppable Domains is willing to take it. As neither of us have the funds to keep the case going, ==James decided to shut down gateway.io's registry and prevent anyone from being able to register SLDs under the wallet/ domain.==

==Therefore, I am requesting your assistance for legal support. It will most likely not be needed for this case, as it is too late to affect any positive outcome on this matter.== However, I believe that a blueprint is being established by companies like Unstoppable Domains, and the blueprint is: create a brand new top-level domain on a proprietary blockchain, sell NFTs (SLDs) under that name for outrageous sums that do not advance any public blockchain project but rather to a VC-backed private company, sue Handshake stakeholders and registrars any time an original Handshake name owner tries to use their Handshake domain name.

The intended use of the Handshake wallet/ domain was to allow anyone to acquire a SLD under wallet/ for minimum cost ($1.99 for all SLDs to cover administrative costs). I felt that this would bring many new enthusiasts into Handshake and gain traction for Handshake and eventual adoption.

If you believe you can help in this effort (now or in the future), ==please contact me via email at walletdomain@protonmail.com.== I believe this fight is not about just the "wallet" name, but every name that has been minted on Handshake and the sanctity of the Handshake blockchain.