IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNSTOPPABLE DOMAINS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-948 (CFC) |
| | ) | |
| GATEWAY REGISTRY, INC., | ) | |
| JAMES STEVENS and DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF SAMUEL SAZER IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO NON-PARTY SCOTT FLORCSK'S
MOTION TO INTERVENE AS DEFENDANT AND REQUEST
TO STAY RULING ON PLAINTIFF'S MOTION FOR TEMPORARY
<u>RESTRAINING ORDER AND MOTION FOR DEFAULT JUDGMENT</u>**

I, Samuel Sazer, declare as follows:

1.      I am an attorney at Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo P.C. in San Francisco, California. I am one of the lawyers representing Plaintiff Unstoppable Domains Inc. ("Plaintiff") in connection with the above action. This declaration is made on my personal knowledge and belief, and I could and would testify competently as the contents if called as a witness.

2.      Attached as **Exhibit A** is a true and correct copy of a demand letter that I sent on behalf of Plaintiff to the email address support@gateway.io on July 8, 2022.

3.      Attached as **Exhibit B** is a true and correct copy of an email that I received from walletdomain@protonmail.com on July 8, 2022, which purported to

respond to the above-mentioned demand letter. Because the email was not signed, Plaintiff was unaware that it was sent by Scott Florcsk until reviewing his declaration submitted with his motion (*see* D.I. 24 (Florcsk Decl.), ¶ 13).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 7th day of September, 2022, in Oakland, California.


*/s/ Samuel Sazer*

_____

Samuel Sazer

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 7, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 7, 2022, upon the following in the manner indicated:

David E. Moore, Esquire                                         *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
Carson R. Bartlett, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Non-Party Scott Florcsk*

Eugene Rome, Esquire                                          *VIA ELECTRONIC MAIL*
Sridavi Ganesan, Esquire
ROME & ASSOCIATES, A.P.C.
2029 Century Park East, Suite 450
Los Angeles, CA  90067
*Attorneys for Non-Party Scott Florcsk*


                                        */s/ Michael J. Flynn*
                                        _____
                                        Michael J. Flynn (#5333)