# EXHIBIT B

# Sazer, Samuel

| | |
|---|---|
| **From:** | Wallet <walletdomain@protonmail.com> |
| **Sent:** | Friday, July 8, 2022 1:51 PM |
| **To:** | Sazer, Samuel |
| **Subject:** | .wallet |

Attn: Sam Sazer

It has come to my attention that a letter has been issued by your firm to gateway.io, a registrar of decentralized domains. The letter demands some conditions of gateway regarding the .wallet domain.

I am the owner of .wallet - the REAL .wallet. I would like to take this opportunity to educate you on facts.

Fact 1: the .wallet domain was registered by me in July of 2020. In that same month, a .wallet website was deployed.

Fact 2: a company of the same name (Wallet, Inc.) was registered by me in November 2020

In the summer of 2021, your client copied and modified blockchain code to give themselves stewardship of the .wallet domain (along with 8-10 other names that were previously registered on the original blockchain) and began selling names on these domains to the public for thousands of dollars, managing it all from their private blockchain that only they control, unlike the original blockchain which was a public project and available for participation in by all.

Your client marketed their .wallet as being in a completely different ecosystem from mine in order to gain public acceptance. I concur that the two .wallet's exist in completely different ecosystems.

In July of 2022, we legally and rightfully began allocating names on our .wallet domain (in the Handshake ecosystem) for $1.99. I understand why your client would be upset at the prospect of being revealed as a price gouging fraud. It was our intent to always allow the underprivileged and less fortunate "netizens" to acquire an identity on the blockchain (the real blockchain) for as low of a cost as possible. I requested the registrar to give names away for free, but the registrar explained that there are minimal costs that need to be recovered, such as managing the infrastructure on the back end. Consequently, I requested the registrar (gateway.io) to price domain at cost to them, and that I would receive absolutely no revenue whatsoever from any sales.

During the entire period of time that I described above, it was never my intent to prevent your client from infringing on my intellectual property. My feeling was: 1) they are two different ecosystems with different functionalities. 2) Others (throughout the world) are going to try to deploy their own versions of .wallet, and being a completely decentralized technology it would be impossible to mitigate. 3) In the end, the market will decide and eventually determine your client to be a fraud. 4) Your client had every right to bid on and acquire the real .wallet domain (that I have) and was not interested.

Should your client decide to pursue this issue, there are factors they should consider: 1) an intellectual property countersuit is on the table, and I believe I can easily prove disingenuous and malicious intent. 2) I would like to subpoena the internal communications of past employees working at Unstoppable Domains that would testify that your client knew they were engaging in questionable (at best) or malicious (at worst) behaviors with respect to their methodology for choosing domains to copy and re-sell. 3) I would like to discover the income your client has made around the sales of names to their .wallet domain. 4) Your client launched sales of multiple domains knowing they were competing with domains that had been mined and minted to the blockchain already by other parties 5) I find your claim to be frivolous, and that you are knowingly engaging as a party to a complaint that you yourself know they have no chance of winning, and I will seek to have you disbarred. 6) You should ask your client, what will be the damage to their company when they lose such a case, which you are well aware they surely will.

I seriously advise you to suggest to your client to drop it, and go back to running their business, which I have no intentions of hampering.

You may also correspond with me at this email address. I do not see what the point is of involving a registrar, other than you are not a technical person and lack knowledge in the workings of the ecosystems that I have described above. Your client failed to explain many things to you. I strongly suggest that you sit your client down and ask them to explain the full story to you, as opposed to swiping their corporate visa card for $99. You should educate yourself in blockchains, decentralization, minting, non-fungible tokens, and prior precedents such as Nissan vs Nissan.

If after such education, you or your client wish to have a cordial conversation where we might look for ways to collaborate (such as a wallet that can send tokens from a .wallet on one chain to a .wallet on another chain), then that would be a conversation I could engage in.

Let it go. Do not confuse my kindness for weakness.