# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 22-948-CFC |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| GATEWAY REGISTRY, INC., ET AL, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF SCOTT FLORCSK

I, Scott Florcsk, declare as follows:

1. I am the proposed intervener in this action, and am the sole owner of the company, Wallet, Inc., incorporated in Washington state, and the owner of the .WALLET Top-Level Domain ("TLD") on Handshake, Inc.'s blockchain.

2. I make this declaration in support of my Reply re Motion to Intervene as a Defendant and Request to Stay Ruling on Motion for Temporary Restraining Order and Motion for Default Judgment. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

3. Once Plaintiff Unstoppable Domains, Inc. filed its complaint in the above-captioned action, I immediately undertook efforts to find someone who might help finance the legal costs of asserting my rights, including my right to intervene,

and then had to find counsel and discuss legal options with that attorney to represent me in protecting my rights.

Executed this 14th day of September, 2022, at Rochester, Washington.

By: _____
Scott Florcsk