# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200

**Michael J. Flynn**
(302) 351-9661
mflynn@morrisnichols.com

September 22, 2022

The Honorable Colm F. Connolly
Chief, United States District Judge
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Unstoppable Domains Inc. v. Gateway Registry, Inc. et al.*,
             C.A. No. 22-948 (CFC)

Dear Chief Judge Connolly,

      I write to inform the Court that yesterday, September 21, Plaintiff Unstoppable Domains Inc. filed a new complaint in this Court against Wallet Inc. and Scott Florcsk, the proposed intervenor in the above-captioned case.[1]  Unlike the above-captioned case, where Plaintiff asserted no claims against Florcsk or Wallet Inc., the new complaint asserts claims against both parties for common law trademark infringement, unfair competition under federal and Delaware law, intentional interference with contractual relations, and intentional interference with prospective business relationships.  *See* C.A. No. 22-1231, D.I. 1.

      Scott Florcsk also filed a complaint in this Court yesterday against Unstoppable Domains, seeking a declaratory judgment of noninfringement under the Lanham Act, and asserting claims for unfair competition under the Lanham Act and violation of Section 2 of the Sherman Antitrust Act.  *See* C.A. No. 22-1230, D.I. 1.  Florcsk's complaint did not include his company, Wallet Inc., as a party.

      We wrote to counsel for Scott Florcsk today to request that they withdraw the pending motion to intervene (D.I. 22) in view of the two new cases, and were told that they will not do so.

      Scott Florcsk will have a full opportunity to litigate and defend any of his alleged rights in the two new cases, and he has no standing to litigate claims asserted only against defaulting Defendants Gateway Registry and James Stevens in this case.  Accordingly, Plaintiff respectfully requests that the Court deny Florcsk's motion to intervene (D.I. 22) as moot, and proceed to resolution of the pending motion for default judgment and a permanent injunction against Gateway Registry and James Stevens (D.I. 18) in this action.

---

[1]    Florcsk's opening brief in support of his motion to intervene identified him as the "owner of Wallet Inc."  D.I. 23 at 1.

The Honorable Colm F. Connolly  Page 2
September 22, 2022

                                                  Respectfully,

                                                  Michael J. Flynn (#5333)
                                                  *Counsel for Plaintiff*

cc:     All counsel of record (via CM/ECF and email)