# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC., | ) |
| Plaintiff, | ) C.A. No. 22-948-CFC |
| v. | ) **JURY TRIAL DEMANDED** |
| GATEWAY REGISTRY, INC., ET AL, | ) |
| Defendants. | ) |

## PROPOSED INTERVENER'S STATEMENT REGARDING THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS

Proposed Intervener Scott Florcsk ("Florcsk") hereby respectfully states that his sole Third-Party Funder in the above-captioned action is Namebase USA, Inc. ("Namebase"), a Delaware corporation, with an address of 4600 East Washington Street, Suite 305, Phoenix, AZ 85034. The approval of Namebase is not necessary for litigation or settlement decisions in this action. The nature of Namebase's financial interest is a split of any value received from the monetization or disposition of Florcsk's .WALLET top level domain and a split of recoveries, either by settlement or judgment, procured by Florcsk in related litigation.

                                                Respectfully submitted,

                                                POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: */s/ Bindu A. Palapura* |
|---|---|
| | David E. Moore (#3983) |
| Eugene Rome | Bindu A. Palapura (#5370) |
| Sridavi Ganesan | Carson R. Bartlett (#6750) |
| ROME & ASSOCIATES, A.P.C. | Hercules Plaza, 6th Floor |
| 2029 Century Park East, Suite 450 | 1313 N. Market Street |
| Los Angeles, CA 90067 | Wilmington, DE 19801 |
| Tel: (310) 282-0690 | Tel: (302) 984-6000 |
| | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| | cbartlett@potteranderson.com |
| Dated: October 6, 2022 | *Attorneys for Non-Party Scott Florcsk* |

10368852 / 22478.00001