IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-948 (CFC) |
| ) | |
| GATEWAY REGISTRY, INC., ) | |
| JAMES STEVENS and DOES 1-100, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Andrew D. Skale and the law firm of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C. is hereby withdrawn as counsel for Plaintiff Unstoppable Domains Inc. ("Plaintiff"). Plaintiff will continue to be represented by the law firms of MORRIS NICHOLS ARSHT & TUNNELL LLP and QUINN EMANUEL URQUHART & SULLIVAN, LLP.

 

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Michael J. Flynn*

        ―――――――――――――――――
        Jack B. Blumenfeld (#1014)
        Michael J. Flynn (#5333)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        jblumenfeld@morrisnichols.com
        mflynn@morrisnichols.com

        *Attorneys for Plaintiff Unstoppable Domains Inc.*

October 28, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 28, 2022, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Carson R. Bartlett, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Non-Party Scott Florcsk* | *VIA ELECTRONIC MAIL* |
| Eugene Rome, Esquire<br>Sridavi Ganesan, Esquire<br>ROME & ASSOCIATES, A.P.C.<br>2029 Century Park East, Suite 450<br>Los Angeles, CA  90067<br>*Attorneys for Non-Party Scott Florcsk* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)