IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNSTOPPABLE DOMAINS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-948 (CFC) |
| | ) |
| GATEWAY REGISTRY, INC., | ) |
| JAMES STEVENS and DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Unstoppable Domains, Inc. hereby dismisses this action without prejudice. Defendants in this action have not responded to the complaint or filed a motion for summary judgment. Because Defendants have ceased registration of .WALLET domains for nearly a year after this case was filed, the pending requests for relief against Gateway Registry, Inc. and James Stevens appear moot.

OF COUNSEL:

Margret Caruso
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Flr.
Redwood Shores, CA 94065
(650) 801-5000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Michael J. Flynn*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiff*

Luke Nikas
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Ave., 22nd Flr.
New York, NY 10010
(212) 849-7000

Sean S. Pak
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
50 California St., 22nd Flr.
San Francisco, CA 94111
(415) 875-6600

Adam B. Wolfson
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3000

July 3, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 3, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Non-Party Scott Florcsk* | *VIA ELECTRONIC MAIL* |
| Eugene Rome, Esquire<br>Sridavi Ganesan, Esquire<br>ROME & ASSOCIATES, A.P.C.<br>2029 Century Park East, Suite 450<br>Los Angeles, CA 90067<br>*Attorneys for Non-Party Scott Florcsk* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)